UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Criminal No. 4:24-cr-0150 |
| JOSHUA RAY STEBELTON | § | |
| GAYLON WAYNE EMERSON | § | |
| SAMUEL LEE SHEFFIELD | § | |

**GOVERNMENT'S MOTION TO CERTIFY CASE AS COMPLEX
AND
ISSUANCE OF NEW SCHEDULING ORDER**

The United States of America ("Government"), pursuant to Title 18, United States Code, § 3161(h)(7)(B)(ii), files this unopposed motion to certify this case as complex and would show the Court the following:

1.

The Federal Bureau of Investigations, Texas, Houston Texas Police Department, Baytown, Texas Police Department, and Harris County, Texas Sheriff's Office are involved in an investigation into the sale and distribution of pills laced with fentanyl.

2.

The indictment charges Joshua Ray Stebelton, Gaylon Wayne Emerson and Samuel Lee Sheffield ("Defendants") with conspiracy to possess with intent to distribute controlled substances resulting in death and serious bodily injury as well as substantive counts of drug trafficking offenses.

1

3.

The prosecution of this case involves the following:

a.    evidence regarding each of the three (3) Defendant's involvement in the sale and distribution of various pills that contained fentanyl.

b.    electronic evidence including audio and video recordings of the sale and distribution of controlled substances, the search and seizure of electronic devices and search warrant returns from various social media sites.

c.    evidence that the distribution and sale of pills resulted in the death of two (2) people.

d.    evidence that the distribution and sale of the pills resulting in one (1) person suffering serious bodily injury.

e.    involves novel questions of fact and/or law, that is, whether the fentanyl caused the deaths and serious bodily injury.

4.

Based on the above reasons, among others, the Government believes that the case is so unusual and complex due to the number of defendants, the nature of the prosecution, and the existence of novel questions of fact and/or law that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by Title 18 United States Code § 3161.

2

5.

On April 10, 2024, the Court issued a Scheduling Order for defendant Gaylon Wayne Emerson setting a pre-trial conference on June 13, 2024 and the jury trial on June 17, 2024 (D.E. 20).

On April 25, 2024, the Court issued a Scheduling Order for defendant Joshua Ray Stebelton setting a pre-trial conference on September 5, 2024 and the jury trial on September 9, 2024 (D.E. 36).

On May 7, 2024, the Court issued a Scheduling Order for defendant Samuel Lee Sheffield setting a pre-trial conference on June 27, 2024 and the jury trial on July 8, 2024 (D.E. 49).

6.

The Government requests that the Court certify this case as complex, tolling the time limits under the Speedy Trial Act and issue a new scheduling order for defendants Gaylon Wayne Emerson and Samuel Lee Sheffield that sets their pre-trial conference for September 5, 2024 and the jury trial on September 9, 2024 – the same schedule as already given to defendant Joshua Ray Stebelton.

Respectfully submitted,

ALAMDAR S. HANDAMI
United States Attorney

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

Texas State Bar No. 00966600
Federal Bar No. 12590
1000 Louisiana
Suite 2300
Houston, TX 77002
713-567-9000 (office)
713-567-9487 (direct)

*/s Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney
New Jersey Bar No. 04336200
Federal ID No. 915752
1000 Louisiana
Suite 2300
Houston, Texas77002
713-567-9000 (office)
713-567-9798 (direct)

## CERTIFICATE OF CONFERENCE

On May 20, 2024, the Government consulted with the following:

| | | |
|---|---|---|
| Brent Mayr | __X__ | NOT OPPOSED |
| Attorney for Joshua Ray Stebelton | _____ | OPPOSED |
| | _____ | UNABLE TO CONTACT |
| | | |
| Darryl Emmanuel Austin | _____ | NOT OPPOSED |
| Attorney for Gaylon Wayne Emerson | _____ | OPPOSED |
| | __X__ | UNABLE TO CONTACT |
| | | |
| Michael Essmyer | __X__ | NOT OPPOSED |
| Attorney for Samuel Lee Sheffield | _____ | OPPOSED |
| | _____ | UNABLE TO CONTACT |

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

4

*/s Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On May 20, 2023, the Government's Motion to Certify Case as Complex was filed by ECF and served on counsel of record.

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*/s Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney

5