**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **Cause No. 4:24-CR-0150** |
| | § | |
| **SAMUEL LEE SHEFFIELD** | § | |

**UNOPPOSED MOTION FOR NOTICE OF GOVERNMENT'S INTENT**
**TO USE EVIDENCE AND BRIEF IN SUPPORT THEREOF**

TO THE HONORABLE JUDGE:

COMES NOW SAMUEL LEE SHEFFIELD, the Defendant in the above styled and numbered cause and files this his motion pursuant to Rule 12(b)(4), Fed. R. Crim. Pro., requesting notice of the government's intent to use evidence in trial and for cause would show the court as follows:

I.

MOTION

The Defendant requests that the court, pursuant to Rule 12(b)(4), Fed. R. Crim. Pro., order the government to give the defense notice of the government's intention to use any evidence at trial that is discoverable under Rule 16, Fed. R. Crim. Pro.  The Defendant further moves the court to order the government to provide the Defendant notice of such other evidence that the government intends to introduce in trial that may be subject to legal objection by the defense by a motion to suppress or other motion.

II.

BRIEF

Rule 12(b)(4), Fed. R. Crim. Pro., provides a mechanism for insuring that a Defendant knows of the government's intention to use evidence to which the Defendant may want to object.  On some occasions the resolution of the admissibility issue prior to trial may be advantageous to the government. In these situations the attorney for the government can make effective Defendant's obligation to make his motion to suppress prior to trial by giving Defendant notice of the government's intention to use certain evidence."  Advisory Committee Note to 1975 Amendment of Rule 12(d), the predecessor to Rule 12(b)(4).  Rule 12(d) was renumbered to become Rule 12(b)(4), which reflected only a stylistic change.  See Advisory Committee Note to 2002 Amendments.  The express purpose of the rule is to afford the defense an opportunity to move to suppress evidence by giving advance notice prior to trial of the evidence the government plans to introduce.  Wright, Federal Practice and Procedure, Criminal 3d., §197, p. 401.  *U.S. v. de la Cruz-Pauline*, 61 F.3d 986, 994 (1st Cir. 1995).  Rule 16 is intended to prescribe the minimum amount of discovery to which the parties are entitled.  It is not intended to limit a court's "inherent power" to order discovery that goes beyond what Rule 16 authorizes. *United States v. Nobles*, 95 S.Ct. 2160, 2166, 422 U.S. 225, 231, 45 L.Ed. 2d 141 (1975); Advisory Committee Note to 1975 Amendments to Rule 16; Wright, Federal Practice and Procedure, Criminal 3d., §254, p. 117.  The Fifth Circuit has specifically held that in a criminal case, it is within the sound discretion of the district court to make any discovery order that is not barred by higher authority.  *United States v.*

*Campagnuolo*, 592 F.2d, 852, 857 n.2 (5th Cir. 1979). Accordingly, this court has the authority to order disclosure of evidence by the government of a scope greater than that provided by Rule 16. Such disclosure would facilitate settlement negotiations and progress of a trial.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Honorable Court order the government to give the Defendant notice of the evidence that the government can reasonably anticipate that it will use in trial.

Respectfully submitted,

*/s/ Michael M. Essmyer, Sr.*
MICHAEL M. ESSMYER, SR.
SBN: 06672400
THE ESSMYER LAW FIRM
6602 Westview Dr.
Houston, Texas 77055
(713)869-1155 Telephone
(713)869-8659 Facsimile
messmyer@essmyerlaw.com
**Attorneys for Defendant**
**SAMUEL LEE SHEFFIELD**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I conferred with the AUSA assigned to this case, Anibal Alaniz, on July 19, 2024, concerning the Government's position on Defendant's Motion and was advised that the Government is Unopposed to this Motion.

*/s/ Michael M. Essmyer, Sr.*
Michael M. Essmyer, Sr.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per the Local Rules on this the 22nd day of July 2024.

*/s/ Michael M. Essmyer, Sr*.
Michael M. Essmyer, Sr.