UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL LEE SHEFFIELD | Case No. 4:24-cr-0150-03 |

**UNOPPOSED
UNITED STATES OF AMERICA'S
MOTION TO DIMISS THE ORIGINAL INDICTMENT
AND REMAINING COUNTS OF SUPERSEDING INDICTMENT
AGAINST SAMUEL LEE SHEFFIELD**

The United States of America ("Government") files this unopposed motion to dismiss the original indictment and remaining counts of superseding indictment against Samuel Lee Sheffield ("Sheffield"):

1. On February 6, 2026, the Court sentenced Sheffield.

2. Pursuant to the plea agreement, the Government requests that the Court dismiss the original indictment and remaining counts of the superseding indictment against Sheffield.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*s/ Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300

1

        Houston, Texas 77002
        713-567-9000 (office)
        713-567-9487 (direct)

        *s/ Casey N. MacDonald*
        Casey N. MacDonald
        Assistant United States Attorney
        New Jersey State Bar No. 043362000
        Federal Bar No. 915752
        1000 Louisiana
        Suite 2300
        Houston, Texas 77002
        713-567-9000 (office)
        713-567-9798 (direct)

## CERTIFICATE OF CONFERENCE

On February 6, 2026, the Government conferred with counsel for defendant and defendant is not opposed to this motion.

        *s/ Anibal J. Alaniz*
        Anibal J. Alaniz
        Assistant United States Attorney

        *s/ Casey N. MacDonald*
        Casey N. MacDonald
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

On February 6, 2026, the Government filed this motion via ECF and served counsel of record.

        *s/ Anibal J. Alaniz*
        Anibal J. Alaniz
        Assistant United States Attorney

        *s/ Casey N. MacDonald*

Casey N. MacDonald
Assistant United States Attorney