**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**Nathan Ochsner, Clerk**
Clerk of Court

**HOUSTON DIVISION**
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

To: Oklahoma Western District Court
200 Northwest Fourth Street, Room 1210
Oklahoma City, OK 73102

RE: Transfer of Criminal Action No. 4:24−cr−00150, USA v. Samuel Lee Sheffield
Your case no: 5:26−cr−00308

Dear Sir/Madam:

Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Nathan Ochsner, Clerk

Date: October 5, 2026

By: G. Kelner
Deputy Clerk

---

Please complete and return acknowledgment to this office.

Received and filed under case number: ______________________________.

Clerk, United States District Court

Date: ________________________

By: ______________________________
Deputy Clerk